2015R00527

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-356 RHK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **INFORMATION** |
| ) | |
| v. ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 982 |
| MALAH AUSTIN MEHN, ) | 18 U.S.C. § 1344 |
| ) | 21 U.S.C. § 853 |
| Defendant. ) | |
| ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1
(Bank Fraud)

1. On or about May 4, 2012, in the State and District of Minnesota, Defendant,

**MALAH AUSTIN MEHN,**

aiding and abetting and being aided and abetted by others known and unknown, did knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution and to obtain the money and funds owned by and under the custody and control of a financial institution by means of material false and fraudulent pretenses, representations, and promises.

Manner and Means of the Scheme

2. Defendant, aided and abetted by others known and unknown, obtained counterfeit checks that were created with victims' stolen bank account information, and also worthless checks - such as those that were drawn from the closed accounts of


SCANNED
DEC 2 9 2015
U.S. DISTRICT COURT MPLS

himself or others – in order to conduct fraudulent transactions. Defendant then recruited others to conduct fraudulent transactions at financial institutions and businesses using the counterfeit or worthless checks, and to obtain money and merchandise through the negotiation of the checks. Defendant and others then converted the proceeds of the fraudulent transactions to their own use.

3. In furtherance of the scheme to defraud, on or about May 4, 2012, in the State and District of Minnesota, Defendant and a person working in concert with Defendant ("Individual A"), aiding and abetting each other, deposited three fraudulent checks into Individual A's checking account at Wells Fargo Bank by using the ATM at the branch location at 4141 Lyndale Avenue North, in Minneapolis. Two of the checks were drawn upon the Bank of America checking account Defendant had opened in the name of "Malah A. Mehn., Sr." The account had previously been closed by Bank of America due to fraudulent activity. The third check was drawn upon the TCF Bank checking account held by I.Y.I., which had previously been closed by TCF after the bank discovered the account was opened with a worthless check. Defendant and Individual A were able to obtain approximately $200 in proceeds from the above-mentioned deposits before Wells Fargo discovered the fraud.

4. All in violation of Title 18, United States Code, Sections 1344 and 2.

## FORFEITURE ALLEGATIONS

Count 1 of this Information is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2)(A).

As the result of the offenses alleged in Count 1 of this Information, Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(A) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violations.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

Dated: 12/29/15

ANDREW M. LUGER
United States Attorney

BY: AMBER M. BRENNAN
Assistant U.S. Attorney
Attorney ID No. 285961