# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 0:15-cr-00356-RHK |
| MALAH AUSTIN MEHN | |
| _____ | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 0:16-cr-00185-DSD |
| ANDREW JAMES BATES, III | |
| _____ | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 0:16-cr-00183-JNE |
| TIMOTHY MICHAEL RODERICK | |
| _____ | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 0:16-cr-00184-RHK |
| MICHAEL LAMONT HUGHES | |
| _____ | |

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- ■ Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.
- ■ Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

- Cases that arise out of the same investigation and have temporal proximity.

Dated: July 11, 2016

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

s/ Amber M. Brennan

BY: AMBER M. BRENNAN
Assistant United States Attorney
Attorney ID No. 0285961