# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.                                                Criminal No.  0:16-cr-00265-MJD/HB

MOMODU BABU SESAY ET. AL.

_____

UNITED STATES OF AMERICA

    v.                                                Criminal No.  0:16-cr-00219-RHK

LA'DAVIONNE GARRETT

_____

UNITED STATES OF AMERICA

    v.                                                Criminal No. 0:15-cr-00356-RHK

MALAH AUSTIN MEHN

_____

UNITED STATES OF AMERICA

    v.                                                Criminal No. 0:16-cr-00185-RHK

ANDREW JAMES BATES, III

_____

UNITED STATES OF AMERICA

    v.                                                Criminal No. 0:16-cr-00183-RHK

TIMOTHY MICHAEL RODERICK

_____

UNITED STATES OF AMERICA

    v.                                                          Criminal No. 0:16-cr-00184-RHK

MICHAEL LAMONT HUGHES

_____

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.
- Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.
- Cases that arise out of the same investigation and have temporal proximity.

Dated: October 4, 2016                          Respectfully submitted,

                                                                     ANDREW M. LUGER
                                                                       United States Attorney

                                                                       /s/Amber M. Brennan
                                                                       BY:  AMBER M. BRENNAN
                                                                       Assistant United States Attorney
                                                                       Attorney ID No. 0285961