# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| v. | ) | Case No:  15CR356(RHK) |
| | ) | Date:  September 11, 2017 |
| | ) | Court Reporter:  Carla Bebault |
| MALAH AUSTIN MEHN, | ) | Courthouse:  St. Paul |
| | ) | Courtroom:  7B |
| | ) | Time Commenced:  3:08 PM |
| Defendant. | ) | Time Concluded:  3:45 PM |
| | ) | Time in Court:  37 Minutes |

Before Hon. Susan Richard Nelson, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
 For Plaintiff:  Amber Brennan, Assistant U.S. Attorney
 For Defendant: Patrick W. Flanagan,  ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

 Interpreter/Language: *None / English*
 ☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | | | | 4 years | |

☒ Special conditions of :  **See J&C for special conditions**

☒ Defendant sentenced to pay:
 ☒ Restitution in the amount of $6,769.98 jointly and severally with others, as outlined in the J&C.
 ☒ Special assessment in the amount of $100.00.

s/SMD
Courtroom Deputy